In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION in Respect of WALTER HENRY WOOD, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CHARLES J. OWENS, Appellant, v. DAVID JALLER, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. The decision of this court handed down on July 22, 1933, is hereby amended to read as follows: Resettled order setting aside verdict and dismissing complaint modified by striking therefrom the provision dismissing the complaint and inserting a provision granting a new trial, with costs to appellant to abide the event. As so modified the order is affirmed. The judgment entered on said resettled order is reversed on the law. The court was without authority to dismiss the complaint after motion to dismiss had been made and denied at the close of plaintiff's case and at the close of the whole case. (*Dougherty* v. *Salt*, 227 N. Y. 200.) In any event, there was a question of fact for the jury In view of this decision the appeal from the order of June 16, 1932, setting aside the verdict and granting a new trial, is dismissed. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting. [See *ante,* p. 785.]

JOHN B. REIMER and HENRY J. MULLEN, Partners, Doing Business under the Firm Name of REIMER & MULLEN, Plaintiffs; JOHN B. REIMER, Surviving Partner of REIMER & MULLEN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to resettle order of June 9, 1933, granted, and the order will be amended so as to recite this motion and to contain a direction that John B. Reimer be directed to return to the State Comptroller the sum of $598.17, received by him from the said Comptroller, within ten days after the service of a copy of the order to be entered, with notice of entry, upon him. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See *ante,* p. 712.]

LESTER BERKOWITZ, an Infant, under Fourteen Years of Age, by His Guardian ad Litem, JACK BERKOWITZ, Appellant, v. WALTER FLUHR and ARTHUR H. HOLSTEN, Defendants, and ANDREW GARBARINO, Trading under the Firm Name and Style of GARBARINO BROS., Respondent.— Order of the Appellate Term reversed on the law, with costs, and judgment of the City Court, City of New York, County of Queens, reinstated, on the ground that it was a question of fact, determined in plaintiff's favor, that the defendant was negligent in unlawfully obstructing the sidewalk and thereby causing the plaintiff's injuries. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.